# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Arthur Harrison

_____
*Plaintiff*

v.

United States of America
_____
*Defendant*

)
)
)
)
)
)

Case No.    7:23-cv-01464-M

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Arthur Harrison
_____ .

Date:    10/19/2023

/s/ James Z. Foster
_____
*Attorney's signature*

James Foster, NC Bar No. 60197
_____
*Printed name and bar number*

1201 W. Peachtree Street, NW
Suite 2300
Atlanta, Georgia 30309
_____
*Address*

james@foster-law.com
_____
*E-mail address*

(404) 800-0050
_____
*Telephone number*

(404) 493-2322
_____
*FAX number*